IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ANGELIA COURTNEY,<br><br>                    Plaintiff,<br><br>    vs.<br><br>DASHMAN'S TRANSPORT, LLC, CILTIRE<br>EXPRESS, LLC, AND MAHAD ISSE EID,<br><br>                    Defendants. | Case No: 15-345<br><br><br><br>**Plaintiff's Rule 26(a)(2) Disclosures** |

COMES NOW the Plaintiff, ANGELIA COURTNEY and, pursuant to FRCP

26(a)(2) designates the following potential expert testimony at the trial of this matter:

**PLAINTIFFS NON-RETAINED EXPERTS**

Plaintiff will call any and all non-retained experts identified in discovery

responses, including documents, reports, medical records and depositions as investigating

officers, law enforcement personnel, lay witnesses to the crash who may have admissible

opinions, treating healthcare providers identified in the plaintiff's medical records,

diagnostic tests, reports, billings and other documentation produced in connection with

this case. As the defendant well knows, these are non-retained experts who may have

opinions and conclusions that are not necessarily completely spelled out in their medical

records and reports. The defendant should take note and conduct investigation/discovery

accordingly. Plaintiff and her counsel will attempt to identify only those healthcare

providers and lay persons who may have opinions prior to trial. However, anyone "with

knowledge" may have an opinion that may have an admissible opinion, depending upon

the issues raised by the defendants at trial and the foundation necessary.

1

1.      Garry Ozbirn
        Investigating Officer
        Texas Peace Officer
        See official report

        **A.  Areas/Field of Expertise:**  See Official Report (Exhibit A)

        **B. Qualifications and Background:** See Official Report (Exhibit A)

        **C.   Anticipated Testimony:** Officer Ozbirn may express an opinion of expert nature based upon his training and expertise and is expected to testify as to the information retained in the official accident report.  He is expected to testify truthfully about his observations/opinions concerning the defendant, the crash, and the weather conditions at and around the time of the crash.  He may have other expert opinions not completely documented in his report.

2.      Dr. Ernest M. Found Jr.
        University of Iowa Hospital and Clinics
        200 Hawkins Drive
        Iowa City, Iowa 525542

        **A.  Areas/Field of Expertise:** Dr. Found is a Professor of Orthopedic Surgery at University of Iowa Hospitals and Clinics in Iowa City. He is the plaintiffs treating physician who fused her cervical spine. See UIHC records. See Curriculum Vitae attached (Exhibit B).

        **B. Qualifications and Background:** See Curriculum Vitae attached (Exhibit B).

        **C.  Anticipated Testimony:**  Dr. Found is expected to testify that plaintiff suffered an injury to her spine, during the crash caused by the defendant on I-40 in north Texas.  Although plaintiff's counsel has not received a written report from Dr. Found, he is expected to testify that the crash injured and damaged plaintiff as set forth in the records.  He will also testify concerning plaintiff's treatment and that her cervical spine injury and necessary treatment, including the fusion was caused by the crash.  He is expected to opine that the injury and subsequent treatment has resulted in a permanent injury that will require future care and treatment.  He is expected to opine as to his patient's prognosis and may give opinions on what activities she should avoid or restrict to improve function and decrease pain.

2

3.        Mike Hacker, OT
360 Physical Therapy
21083 N. John Wayne Way Ste C104
Maricopa, AZ 85139-2961

**A.  Areas/Field of Expertise:**  Physical Therapy, Injury Recovery.

**B. Qualifications and Background:** See medical records produced.

**C.  Anticipated Testimony:** See medical records produced.

4.        Elizabeth Bradt  PT
Great River Medical Center Physical Therapy
1221 South Gear Avenue
West Burlington, IA  52655

**A.  Areas/Field of Expertise:**  Physical Therapy

**B. Qualifications and Background:** See medical records.

**C.  Anticipated Testimony:** See medical records produced.

5.        Plaintiff reserves the right to call any and all experts necessary to rebut or impeach, as necessary, the evidence offered by the Defendants.  Plaintiff would point out that she recently received substantial supplementation of defendant's discovery responses.

6.        While plaintiff has not yet retained any expert witnesses concerning liability or damages, she reserves the right to do so depending upon disclosures by the defendants.

Respectfully submitted,

Steven J. Crowley    AT0001845
Darwin Bünger      AT0001297
Edward J. Prill        AT0012435
**CROWLEY, BÜNGER & PRILL**
3012 Division Street
Burlington, IA 52601
(319) 753-1330; (319) 752-3934 – fax
scrowley@cbp-lawyers.com
dbunger@cbp-lawyers.com
eprill@cbp-lawyers.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on *Monday, November 14, 2016*, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mark O. Blankenship
Arlene C. Matthews
CRENSHAW, DUPREE & MILAM, L.L.P.
P.O. Box 1499
Lubbock, Texas 79408
**Attorneys for Defendant Dashman's Transport, LLC**

Joe L. Lovell
Lovell, Lovell, Newsom & Isern, L.L.P
112 W. 8th Avenue, Suite 1000
Amarillo, TX 79101
**Co-Counsel for Plaintiff**